**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7915**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

          versus

WENLEY MCCLAREN,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  W. Craig Broadwater, District Judge.  (3:90-cr-00007-WCB)

_____

Submitted:  April 19, 2007          Decided:  April 23, 2007

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Wenley McClaren, Appellant Pro Se.  Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wenley McClaren appeals the district court's order denying his motion for correction of an illegal sentence pursuant to Fed. R. Crim. P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we grant McClaren's motion to proceed in forma pauperis and affirm for the reasons stated by the district court. United States v. McClaren, No. 3:90-cr-00007-WCB (N.D.W. Va. Oct. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED